

# NUMBER 13-25-00344-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**DAYTON LEISSNER,**                                                      **Appellant,**

**v.**

**GARY C. FORD AND**
**JOHN MARCUS BEATTY,**                                         **Appellees.**

---

## ON APPEAL FROM THE 23RD DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This matter is before the Court on appellant's unopposed motion to dismiss appeal.

Appellant no longer desires to pursue the appeal and has conferred with appellees who

do not oppose the dismissal.

The Court, having considered the unopposed motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the unopposed motion to dismiss appeal is granted, and the appeal is hereby dismissed. In accordance with the unopposed motion, costs are taxed against the party incurring the same. Having dismissed the appeal at the appellant's request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
21st day of August, 2025.

2